UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HUNG DUONG NGUON, | ) | Case No. CV 10-992-PA (OP) |
| | ) | |
| Petitioner, | ) | AMENDED ORDER ADOPTING |
| | ) | FINDINGS, CONCLUSIONS, AND |
| v. | ) | RECOMMENDATIONS OF UNITED |
| | ) | STATES MAGISTRATE |
| KATHLEEN L. DICKINSON, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  IT IS ORDERED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition as untimely and dismissing this action with prejudice.

DATED: August 5, 2010

_____
HONORABLE PERCY ANDERSON
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge

2